[361 N.C. 345 (2007)]

IN THE MATTER OF C.B., J.B., Th.B., AND Ti.B., MINOR CHILDREN

No. 586A06

(Filed 4 May 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 180 N.C. App. 221, 636 S.E.2d 336 (2006), reversing and remanding an adjudication order entered 17 May 2005 by Judge Phyllis Gorham in District Court, Pender County. Heard in the Supreme Court 11 April 2007.

*No brief for petitioner.*

*Deana K. Fleming, Associate Counsel for North Carolina Guardian ad Litem Program, and R. Kent Harrell, GAL Attorney Advocate, for appellant Guardian ad Litem.*

*Sofie W. Hosford for respondent-appellee father.*

PER CURIAM.

Affirmed.

Justice HUDSON did not participate in the consideration or decision in this case.